RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEATHER FRALEY
Assistant Federal Public Defender
Texas Bar No. 24050621
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heather_Fraley@fd.org

Attorney for Julio Nunez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-00062-APG-DJA-4 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (First Request) |
| JULIO NUNEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven W. Myhre, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heather Fraley, Assistant Federal Public Defender, counsel for Julio Nunez, that the Revocation Hearing currently scheduled on May 23, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than one-hundred and twenty (120) days.

This Stipulation is entered into for the following reasons:

1. The parties agree that a 120-day continuance is appropriate to allow Mr. Nunez to complete his drug treatment program, and to allow him to reestablish compliance with his current terms of supervision.

2. The defendant is not in custody and agrees with the need for the continuance.

1  This is the first request for a continuance of the revocation hearing.

2  DATED this 22nd day of May, 2023.

| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| By: *Heather Fraley*<br>HEATHER FRALEY<br>Assistant Federal Public Defender | By: *Steven W. Myhre*<br>STEVEN W. MYHRE<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JULIO NUNEZ,<br><br>          Defendant. | Case No. 2:15-cr-00062-APG-DJA-4<br><br>**ORDER** |

This matter coming on the stipulation of the parties to continue the revocation hearing, the premises therein having been considered by the Court and good cause showing, the Court accepts the stipulation of the parties.

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, May 23, 2023 at 9:00 a.m., be vacated and continued to September 20, 2023 at the hour of 10:30 a.m. in Courtroom 6C.

**IT IS SO ORDERED.**

DATED this 22nd of May, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3